**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER <br><br> Plaintiffs, <br><br> v. <br><br> 4553 WILLIS, LLC; AND DOES 1 THROUGH 10, Inclusive <br><br> Defendants. | Case #: 2:17-cv-06369-RGK-MRW <br><br> **ORDER ON DISMISSAL OF THE ENTIRE ACTION** <br><br> Honorable R. Gary Klausner |

Pursuant to the Joint Stipulation of Dismissal With Prejudice on file herein and good cause appearing, the court hereby orders that all the defendants are

1

dismissed with prejudice and that Plaintiff's Complaint is also dismissed with prejudice. Each of the parties shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED**.

**Dated: 12/7/17**

*[signature: Gary Klausner]*

Honorable R. Gary Klausner
United States District Judge